|   |   |
|---|---|
| **UNITED STATES DISTRICT COURT** | |
| **DISTRICT OF NEVADA** | |
| United States of America, | Case No.: 2:17-cr-00027-JAD-GWF |
| Plaintiff | |
| v. | **Order Denying Motion to Expunge Felony Record** |
| Tommy Simmons, | [ECF Nos. 11, 12, 17] |
| Defendant | |

Tommy Simmons is under supervision in this district after his sentencing court transferred jurisdiction to this district for his three-year term of supervised release. Simmons asks this court to "Expunge/Seal or dismiss his prior" convictions "so that he can live the life of a normal citizen[] and grow into a full scale businessman without being held back for [his] past."[1] He cites "to the 115th Congress H.R. 5043 – Fresh Start Act of 2017–2018 & 2019–2020" as the authority for such relief.[2]

Unfortunately for Simmons, the Fresh Start Act is not law. Though it was introduced in the House of Representatives, it has not become law.[3] Because Simmons has not identified any valid authority for the court to grant the relief he requests, I deny his motion without prejudice to Simmons's ability to refile this motion if the Fresh Start Act becomes law.

---

[1] ECF No. 12 at 3.

[2] *Id*. at 2.

[3] *See* https://www.congress.gov/bill/115th-congress/house-bill/5043/actions?KWICView=false (last visited 3/16/2020); https://www.congress.gov/bill/116th-congress/house-bill/121/all-actions?overview=closed&KWICView=false (last visited 3/16/2020).

Simmons also asks the court to appoint counsel "to represent [him] in expunging" his record. Because the court does not see a legal path to that relief at this time, the court does not find good cause to appoint counsel. Simmons's motion to appoint counsel is therefore denied.

**IT IS THEREFORE ORDERED** that Simmons's motion to appoint counsel **[ECF No. 11] is DENIED**;

IT IS FURTHER ORDERED that the Motion to Expunge Felony Record **[ECF No. 12] is DENIED**;

IT IS FURTHER ORDERED that the Request for Status Update **[ECF No. 17] is DENIED** as moot because this order provides Simmons with the status of his pending motions.

Dated: March 16, 2020

_____
U.S. District Judge Jennifer A. Dorsey